# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
THE NEW YORK AND PRESBYTERIAN HOSPITAL,

                Petitioner,                24 **CIVIL** 5648 (JLR)

     -against-                           **JUDGMENT**

NEW YORK STATE NURSES ASSOCIATION.

                Respondent.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 13, 2024, the Hospital's petition and motion to vacate the May 22, 2024 arbitration award is DENIED and the Union's cross-motion to confirm the arbitration award is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
           December 16, 2024

                                            **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                             **BY:**

                                               **Deputy Clerk**