UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK AND PRESBYTERIAN HOSPITAL,

Plaintiff,

-against-

NEW YORK STATE NURSES ASSOCIATION,

Respondent.

Case No. 1:24-cv-05648 (JLR)

**AMENDED JUDGMENT**

JENNIFER L. ROCHON, United States District Judge:

WHEREAS on May 22, 2024, the Arbitrator issued an arbitration award wherein the Arbitrator concluded that Plaintiff "violated the collective bargaining agreement with respect to staffing on the" Cardio-Thoracic Intensive Care Unit ("CTICU") "from January 1 through December 31, 2023," and ordered that Plaintiff "continue its efforts to recruit and retain sufficient numbers of nurses to staff the CTICU in accordance with the negotiated grid," Dkt. 4-1 (the "Arbitration Award") at 19;

WHEREAS the Arbitrator further ordered that "[t]he nurses working on the understaffed shifts specified on Appendix A," attached to the Arbitration Award, "shall share in the amount of money set forth on Appendix A for each of the affected shifts," *id.*;

WHEREAS Appendix A identifies the specific dollar amounts owed to the nurses for each shift that, when summed, equal $275,302.24, *see id.* at 20-26;

WHEREAS on December 13, 2024, the Court denied Plaintiff's petition and motion to vacate the Arbitration Award and granted Respondent's cross-motion to confirm the Arbitration Award in full, *see* Dkt. 23;

WHEREAS on December 16, 2024, the Clerk of Court entered judgment for Respondent and thereafter closed the case, *see* Dkt. 24 (the "Judgment");

WHEREAS on January 14, 2025, Plaintiff timely appealed the December 13, 2024 Opinion and Order confirming the Arbitration Award, *see* Dkt. 25;

WHEREAS on August 3, 2026, the Second Circuit affirmed the Court's December 13, 2024 Opinion and Order, *see* Dkt. 26;

WHEREAS on August 26, 2026, the Clerk's Office rejected Respondent's subsequently filed proposed abstract as deficient because "there is no monetary amount listed in the [J]udgment," Dkt. 27;

WHEREAS on September 4, 2026, Respondent filed a letter motion asking the Court to "amend the Judgment in this matter to: (1) specify the monetary sum owed to [Respondent]; and (2) reflect that [Respondent] is entitled to post-judgment interest, at the federal statutory rate, for the sum owed," Dkt. 28 at 3;

WHEREAS "pursuant to Federal Rule of Civil Procedure [('Rule')] 60(a), a district court may issue a supplemental judgment awarding a party an undisputed sum certain as part of an arbitral award, if that sum was contemplated by the arbitral award, and the district court previously confirmed the arbitral award in full but omitted mention of that sum in its confirmatory order," *Robert Lewis Rosen Assocs., Ltd. v. Webb*, 473 F.3d 498, 499-500 (2d Cir. 2007), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 13, 2024, and pursuant to Rule 60(a), an amended judgment is entered in favor of Respondent, who represents the nurses working the understaffed shifts, as follows:

1. The Arbitration Award is confirmed in full;

2. The nurses working the understaffed shifts specified on Appendix A of the Arbitration Award, attached hereto, shall share in the total sum of $275,302.24;
3. That sum is subject to interest at the rate proscribed by 28 U.S.C. § 1961(a) from the date the Judgment was entered until Plaintiff satisfies its payment obligations.

Dated: September 11, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge

**APPENDIX A**

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied[10] | Amount due |
|---|---|---|---|---|---|---|---|
| 1/1/23 | D | 27 | 24 | 19 | 5 | 3 | $1943.31 |
| 1/2/23 | D | 25 | 22 | 18 | 4 | 2 | $1295.54 |
| 1/5/23 | D | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 1/6/23 | D | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 1/6/23 | N | 27 | 24 | 17 | 7 | 5 | $3238.85 |
| 1/7/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 1/7/23 | N | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 1/8/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 1/13/23 | D | 29 | 26 | 19 | 7 | 5 | $3238.85 |
| 1/13/23 | N | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 1/14/23 | D | 30 | 26 | 19 | 7 | 5 | $3238.85 |
| 1/15/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 1/19/23 | D | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 1/20/23 | D | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 1/20/23 | N | 31 | 27 | 20 | 7 | 5 | $3238.85 |
| 1/21/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 1/21/23 | N | 29 | 26 | 13 | 13 | 11 | $7125.47 |
| 1/22/23 | D | 30 | 26 | 18 | 8 | 6 | $3886.62 |
| 1/22/23 | N | 29 | 26 | 21 | 5 | 3 | $1943.31 |
| 1/23/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 1/23/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 1/24/23 | N | 29 | 26 | 21 | 5 | 3 | $1943.31 |
| 1/25/23 | N | 31 | 27 | 20 | 7 | 5 | $3238.85 |
| 1/26/23 | N | 31 | 27 | 22 | 5 | 3 | $1943.31 |
| 1/28/23 | D | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 1/29/23 | D | 30 | 26 | 18 | 8 | 6 | $3886.62 |
| 1/30/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |

[10] As indicated in the Opinion, this is the "number of RNs short minus 2."

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied | Amount due |
|---|---|---|---|---|---|---|---|
| 2/2/23 | N | 31 | 27 | 22 | 5 | 3 | $1943.31 |
| 2/3/23 | N | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 2/4/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 2/5/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 2/5/23 | N | 28 | 25 | 20 | 5 | 3 | $1943.31 |
| 2/6/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 2/8/23 | N | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 2/11/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 2/12/23 | D | 31 | 27 | 17 | 10 | 8 | $5182.16 |
| 2/24/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 2/26/23 | N | 25 | 22 | 19 | 3 | 1 | $647.77 |
| 2/28/23 | D | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 3/10/23 | N | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 3/12/23 | D | 29 | 26 | 20 | 6 | 4 | $2591.08 |
| 3/14/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 3/14/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 3/15/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 3/16/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 3/19/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 3/20/23 | N | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 3/22/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 3/23/23 | N | 31 | 27 | 22 | 5 | 3 | $1943.31 |
| 3/24/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 3/24/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 3/25/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 3/26/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 3/29/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 3/30/23 | D | 29 | 26 | 21 | 5 | 3 | $1943.31 |
| 3/30/23 | N | 31 | 27 | 22 | 5 | 3 | $1943.31 |

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied | Amount due |
|---|---|---|---|---|---|---|---|
| 4/1/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 4/1/23 | N | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 4/2/23 | D | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 4/2/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 4/7/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 4/7/23 | N | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 4/8/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 8/8/23 | N | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 4/9/23 | D | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 4/9/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 4/10/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 4/13/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 4/14/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 4/15/23 | D | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 4/15/23 | N | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 4/16/23 | D | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 4/16/23 | N | 26 | 23 | 20 | 3 | 1 | $647.77 |
| 4/17/23 | N | 27 | 24 | 20 | 4 | 2 | $1295.54 |
| 4/18/23 | D | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 4/18/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 4/19/23 | N | 28 | 25 | 20 | 5 | 3 | $1943.31 |
| 4/20/23 | D | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 4/27/23 | D | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 4/29/23 | D | 29 | 26 | 19 | 7 | 5 | $3238.85 |
| 4/29/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 4/30/23 | D | 28 | 25 | 22 | 3 | 1 | $647.77 |

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied | Amount due |
|---|---|---|---|---|---|---|---|
| 5/4/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 5/4/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 5/5/23 | D | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 5/5/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 5/6/23 | D | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 5/10/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 5/14/23 | D | 21 | 18 | 14 | 6 | 2 | $1295.54 |
| 5/20/23 | N | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 5/24/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 5/24/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 5/26/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 5/27/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 6/4/23 | D | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 6/4/23 | N | 26 | 23 | 20 | 3 | 1 | $647.77 |
| 6/8/23 | N | 31 | 27 | 22 | 5 | 3 | $1943.31 |
| 6/9/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 6/10/23 | D | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 6/10/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 6/11/23 | D | 25 | 22 | 17 | 5 | 3 | $1943.31 |
| 6/13/23 | D | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 6/15/23 | N | 26 | 23 | 19 | 4 | 2 | $1295.54 |
| 6/16/23 | D | 31 | 27 | 21 | 6 | 4 | $2591.08 |
| 6/16/23 | N | 31 | 27 | 19 | 8 | 6 | $3886.62 |
| 6/17/23 | D | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 6/17/23 | N | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 6/20/23 | D | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 6/21/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 6/21/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 6/22/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 6/23/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied | Amount due |
|---|---|---|---|---|---|---|---|
| 6/24/23 | D | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 6/24/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 6/25/23 | D | 28 | 25 | 18 | 7 | 5 | $3238.85 |
| 6/29/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 6/30/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 7/1/23 | D | 29 | 26 | 21 | 5 | 3 | $1943.31 |
| 7/1/23 | N | 29 | 26 | 20 | 6 | 4 | $2591.08 |
| 7/7/23 | N | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 7/9/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 7/12/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 7/13/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 7/15/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 7/15/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 7/17/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 7/18/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 7/19/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 7/19/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 7/22/23 | D | 30 | 26 | 19 | 7 | 5 | $3238.85 |
| 7/27/23 | N | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 7/28/23 | D | 28 | 25 | 19 | 6 | 4 | $2591.08 |
| 7/29/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 8/1/23 | N | 25 | 22 | 19 | 3 | 1 | $647.77 |
| 8/4/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 8/7/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 8/7/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 8/10/23 | D | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 8/11/23 | D | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 8/12/23 | D | 31 | 27 | 22 | 5 | 3 | $1943.31 |
| 8/13/23 | D | 29 | 26 | 17 | 9 | 7 | $4534.39 |

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied | Amount due |
|---|---|---|---|---|---|---|---|
| 8/13/23 | N | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 8/14/23 | D | 29 | 26 | 21 | 5 | 3 | $1943.31 |
| 8/15/23 | D | 29 | 26 | 21 | 5 | 3 | $1943.31 |
| 8/18/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 8/19/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 8/26/23 | N | 25 | 22 | 19 | 3 | 1 | $647.77 |
| 9/2/23 | N | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 9/3/23 | D | 28 | 25 | 20 | 5 | 3 | $1943.31 |
| 9/6/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 9/16/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 9/17/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 9/19/23 | N | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 9/20/23 | N | 29 | 26 | 20 | 6 | 4 | $2591.08 |
| 9/21/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 9/27/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 9/27/23 | N | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 9/29/23 | D | 27 | 24 | 18 | 6 | 4 | $2591.08 |
| 10/6/21 | D | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 10/7/23 | D | 31 | 27 | 22 | 5 | 3 | $1943.31 |
| 10/8/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 10/13/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 10/14/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 10/14/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 10/15/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 10/18/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 10/21/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 10/22/23 | D | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 10/28/23 | D | 29 | 26 | 22 | 4 | 2 | $1295.54 |
| 10/28/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |

| DATE | SHIFT | CENSUS | #RNs Per grid | #RNs Working | #RNs short | #RNs Remedied | Amount due |
|---|---|---|---|---|---|---|---|
| 10/29/23 | N | 27 | 24 | 20 | 4 | 2 | $1295.54 |
| 11/1/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 11/2/23 | N | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 11/4/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 11/5/23 | D | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 11/5/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 11/7/23 | D | 29 | 26 | 23 | 3 | 1 | $647.77 |
| 11/10/23 | D | 30 | 26 | 22 | 4 | 2 | $1295.54 |
| 11/17/23 | D | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 11/18/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 11/19/23 | D | 29 | 26 | 20 | 6 | 4 | $2591.08 |
| 11/20/23 | N | 31 | 27 | 21 | 6 | 4 | $2591.08 |
| 12/3/23 | D | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 12/10/23 | D | 27 | 24 | 20 | 4 | 2 | $1295.54 |
| 12/14/23 | N | 31 | 27 | 24 | 3 | 1 | $647.77 |
| 12/15/23 | D | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 12/15/23 | N | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 12/16/23 | D | 31 | 27 | 23 | 4 | 2 | $1295.54 |
| 12/17/23 | D | 28 | 25 | 20 | 5 | 3 | $1943.31 |
| 12/20/23 | N | 28 | 25 | 22 | 3 | 1 | $647.77 |
| 12/23/23 | D | 28 | 25 | 21 | 4 | 2 | $1295.54 |
| 12/27/23 | N | 27 | 24 | 21 | 3 | 1 | $647.77 |
| 12/29/23 | N | 30 | 26 | 21 | 5 | 3 | $1943.31 |
| 12/30/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 12/30/23 | N | 30 | 26 | 20 | 6 | 4 | $2591.08 |
| 12/31/23 | D | 30 | 26 | 23 | 3 | 1 | $647.77 |
| 12/31/23 | N | 30 | 26 | 22 | 4 | 2 | $1295.53 |